**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 10-1371**

In Re:  MARC PIERRE HALL,

                    Petitioner.

On Petition for Writ of Error Coram Nobis.
(3:95-cr-00005-FD)

Submitted:  September 28, 2010      Decided:  September 30, 2010

Before WILKINSON, SHEDD, and DAVIS, Circuit Judges.

Petition denied by unpublished per curiam opinion.

Marc Pierre Hall, Petitioner Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Marc Pierre Hall, a federal prisoner, petitions this court for writ of error coram nobis and requests leave to correct the record and reinstate his direct appeal, under 28 U.S.C. § 1651(a) (2006). Hall challenges his federal convictions for conspiracy to distribute narcotics, possession of a firearm and a destructive device in relation to a drug trafficking crime, and damage to real property affecting commerce.

A petition for a writ of error coram nobis, however, is not a substitute for direct appeal, and the writ will not lie where there is another adequate remedy available. See United States v. Denedo, 129 S. Ct. 2213, 2221 (2009). Hall's petition seeks to challenge his federal convictions, specifically his 18 U.S.C. § 844(i) (2006) conviction. He has received a direct appeal and filed numerous habeas corpus challenges. Accordingly, although we grant Hall leave to proceed in forma pauperis, we deny the petition for a writ of error coram nobis. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

PETITION DENIED

2